USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

THE BRONX DEFENDERS, THE LEGAL AID SOCIETY, BROOKLYN DEFENDER SERVICE, QUEENS LAW ASSOCIATES NOT FOR PROFIT CORPORATION d/b/a QUEENS DEFENDERS, NEIGHBORHOOD DEFENDER SERVICE OF HARLEM, and NEW YORK COUNTY DEFENDER SERVICES,

                Plaintiffs,

-against-

THE OFFICE OF COURT ADMINISTRATION, and LAWRENCE K. MARKS, *in his official capacity as Chief Administrative Judge of the Unified Court System*,

                Defendants.

------------------------------------------------------------------- x

20-CV-5420 (ALC)

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Having reviewed Plaintiffs' Notice of Motion for a Temporary Restraining Order and Plaintiffs' Memorandum of Law in Support of their Motion for a Temporary Restraining Order with attached declarations and exhibits, the Court hereby **ORDERS**:

1. The Motion for a Temporary Restraining Order is **DENIED**;

2. The Defendants are **ORDERED** to Show Cause why the Court should not issue a preliminary injunction pursuant to Fed. R. Civ. P. 65(a) that halts in-person appearances in New York City Criminal Courts pending further proceedings before this Court;

3. Defendants shall file their Response on or before **July 20, 2020 at 5:00 p.m.;**

4. The Parties shall appear for a Show Cause hearing, via telephone conference, on **July 21, 2020 at 11:00 a.m.**  The Parties should contact the Court at 1-888-363-4749 (access code: 3768660); and

5. Plaintiffs shall serve this Order and their Motion for a Temporary Restraining Order, and the accompanying documents, on Defendants by **9:00 a.m. on July 17, 2020** and file a certificate of service by **5:00 p.m. on July 17, 2020**.  Service by email shall be deemed good service of process.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **July 16, 2020**

_____
**ANDREW L. CARTER, JR.
United States District Judge**