UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE BRONX DEFENDERS, THE LEGAL AID SOCIETY, BROOKLYN DEFENDER SERVICE, QUEENS LAW ASSOCIATES NOT FOR PROFIT CORPORATION d/b/a QUEENS DEFENDERS, NEIGHBORHOOD DEFENDER SERVICE OF HARLEM, and NEW YORK COUNTY DEFENDER SERVICE, | 20-CV-5420 (AC) **ORDER FOR ADMISSION PRO HAC VICE ON ORAL MOTION** |

*Plaintiffs*,

-against-

THE OFFICE OF COURT ADMINISTRATION, and LAWRENCE K. MARKS, in his official capacity as Chief Administrative Judge of the Unified Court System,

*Defendants*.

---

Upon the oral motion of Adrienne J. Kerwin, for admission to practice Pro Hae Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of New York; and that her contact information is as follows:

> Adrienne J. Kerwin
> Assistant Attorney General
> New York State Office of the Attorney General
> The Capitol
> Albany, New York 12224
> Telephone: (518) 776-2608
> Fax: (518) 915-7740
> Email: Adrienne.Kerwin@ag.ny.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Lawrence K. Marks in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                        Andrew L. Carter, Jr,
                                                      United States District Court Judge