

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer Direct:  (518) 776-2608

July 20, 2020

VIA ECF

Hon. Andrew L. Carter, Jr.  
United States District Court  
Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY  10007

Re:   *The Bronx Defenders, et. al. v. Office of Court Administration, et al.*  
20-CV-5420 (ALC)

Dear Judge Carter

Pursuant to the Court's rules, I intend to make an oral application during tomorrow's proceeding in connection with the above-referenced action to represent defendant Lawrence K. Marks in this proceeding.  A proposed order for that application has been placed on the docket.  Dkt. No. 19.  See also Dkt. No. 24.

In anticipation of my application being granted, I have signed, and join, the submissions filed today by defendants Office of Court Administration, Dkt. Nos. 22, 23, 25, on behalf of defendant Marks.

Respectfully,

s/ *Adrienne J. Kerwin*  
Adrienne J. Kerwin  
Assistant Attorney General  
*Pro Hac Vice Admission Pending*

cc (via ECF):   Jennifer Rolnick Borchetta  
Corey Stoughton  
Brooke Menschel  
Arthur J. Robb  
Ian-Paul Apostole Poulos  
Diane Lee Houk  
Jonathan S. Abady  
Elizabeth Forman